■ RAYMOND B. GRUNEWALD et al., Appellants, v ALEXANDER AVENUE KOSHER RESTAURANT CORP. et al., Respondents. [747 NYS2d 192]

The plaintiffs' contention that the jury verdict was inconsistent is unpreserved for appellate review (*see Clements v Lindsey,* 237 AD2d 557). In any event, the jury verdict finding that the defendant driver was negligent but that his negligence was not a proximate cause of the accident is consistent with the evidence elicited at trial (*see Schaefer v Guddemi,* 182 AD2d 808; *Rubin v Pecoraro,* 141 AD2d 525). In addition, the verdict was not against the weight of the evidence (*see Nicastro v Park,* 113 AD2d 129).

The plaintiffs' remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J.P., H. Miller, Schmidt and Cozier, JJ., concur.